UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 05 B 07384
   GERALD R BURTON

                                                    CHAPTER 13

                                                    JUDGE: JACK B SCHMETTERER

            Debtor
   SSN XXX-XX-1096

-----------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
      The case was filed on 03/02/2005 and was confirmed 04/13/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 04/15/2008.
-----------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ECAST SETTLEMENT CORP | UNSECURED | 9019.69 | .00 | 9019.69 |
| ECAST SETTLEMENT CORP | UNSECURED | 11922.40 | .00 | 11922.40 |
| RESURGENT ACQUISITION LL | UNSECURED | 774.08 | .00 | 774.08 |
| PETER FRANCIS GERACI | DEBTOR ATTY | 2,700.00 | | 2,700.00 |
| TOM VAUGHN | TRUSTEE | | | 1,538.89 |
| DEBTOR REFUND | REFUND | | | 138.56 |

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 26,093.62 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | 21,716.17 |
| ADMINISTRATIVE | | 2,700.00 |
| TRUSTEE COMPENSATION | | 1,538.89 |
| DEBTOR REFUND | | 138.56 |
| TOTALS | 26,093.62 | 26,093.62 |

      Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 07/29/08            _____

                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE